ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Cherokee Construction Services, LLC | ) | ASBCA No. 63005 |
| | ) | |
| Under Contract No. W9127N-20-C-0004 | ) | |

APPEARANCES FOR THE APPELLANT:     Johnathan M. Bailey, Esq.
                                   Kristin E. Zachman, Esq.
                                     Bailey & Bailey, P.C.
                                     San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Nathaniel S. Canfield, Esq.
                                   E. Christopher Lambert, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Portland

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  December 7, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63005, Appeal of Cherokee Construction Services, LLC, rendered in conformance with the Board's Charter.

Dated:  December 7, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals